Form statusAP

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

226 West Second Street
Flint, MI 48502

---

In Re: James M Jozwiak and Susan D. Jozwiak
Debtor

                                            Case No.: 13−30606−dof
                                            Chapter 13
                                            Judge: Daniel S. Opperman.Flint

James M Jozwiak et al.
Plaintiff                                           Adv. Proc. No. 13−03116−dof

v.

Suntrust Bank et al.
Defendant

---

## NOTICE OF STATUS CONFERENCE BY TELEPHONE

**PLEASE TAKE NOTICE** that a Status Conference will be held on the above−entitled adversary proceeding at:

Location: **U.S. Bankruptcy Court Courtroom, 226 West Second St., Flint, MI 48502**

Date: **6/5/13**

Time: **01:30 PM**

Dated: 5/13/13

                                                        BY THE COURT

                                                        Katherine B. Gullo
                                                        Clerk, U.S. Bankruptcy Court

                                                        BY: JAM
                                                        Deputy Clerk