UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

In Re:

James M Jozwiak and Susan D. Jozwiak,

          Debtor(s). /

Case No. 13-30606-dof
Chapter 13
Judge Daniel S. Opperman

**James M Jozwiak and Susan D. Jozwiak,**

          Plaintiff(s),

vs.

**Adv. Pro. No. 13-3116**

**Suntrust Bank, et al.,**

          Defendant(s)./

## ORDER TO SHOW CAUSE FOR LACK OF PROGRESS AND PROSECUTION

A review of the record indicates that a clerk's default was entered against Defendants, Citizens Bank and Suntrust Bank on May 10, 2013. Pursuant to L.B.R. 7055-1 (E.D.M.), the deadline to file an application for the entry of a default judgment and submit a proposed default judgment is 14 days after the clerk has entered the opposing party's default. More than 14 days have passed since the clerk's default was entered and, to date, a motion for default judgment has not been filed and/or a proposed default judgment has not been submitted through the proposed orders program in accordance with ECF Procedure #7. ACCORDINGLY;

IT IS HEREBY ORDERED that Plaintiff(s) show cause on **June 19, 2013 at 9:30 a.m.** at **Courtroom, Flint, 226 West Second St.**, why this adversary proceeding should not be dismissed as to Citizens Bank and Suntrust Bank..

```
Signed on May 28, 2013
                                              /s/ Daniel S. Opperman
                                         Daniel S. Opperman
                                         United States Bankruptcy Judge
```