**UNITED STATE BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:

James and Susan Jozwiak                      Chapter 13
                                             Case No:  13-30606
                                             Honorable Daniel Opperman
              Debtor(s)

---

James and Susan Jozwiak,

              Plaintiff(s),
                                             Adv. Pro. No.: 13-03116
v.

SunTrust Bank and Citizens Bank
and the United States States of America
and the State of Michigan

              Defendant.

---

### Stipulation to Consent Judgment to Determine the Extent of the Lien of the State of Michigan

IT IS HEREBY STIPULATED that the State tax liens, recorded by the State of Michigan, Department of Treasury (Treasury), covering the following described property ("Property") situated in the City of Burton, County of Genesee, State of Michigan, and further described as follows:

Unit No. 115, Hidden Trails Condominium according to the Master Deed recorded in Liber 1551, Page 8866, as amended, and designated as Genesee County Condominium Subdivision Plan No. 118, together with rights in the general common elements and the limited common elements as shown on the Master Deed and as described in Act 59 of the Public Acts of 1978, as amended.

recorded in the Genesee County Register of Deeds on November 19, 2012, in Instrument No. 201211190085263, and on December 18, 2012 in Instrument No. 201212180094258 shall be extinguished, terminated and discharged upon successful completion of debtors' Chapter 13 Plan.

IT IS FURTHER STIPULATED that upon completion of the debtor's Chapter 13 plan and entry of a Chapter 13 discharge order in bankruptcy case number 13-30606 the debtors may record a certified copy of this order, with a copy of the debtors' Chapter 13 discharge order attached, with the Genesee County Register of Deeds, which will constitute and effectuate the discharge of the Tax Liens as to real property.

IT IS FURTHER STIPULATED that if the debtors fails to complete the debtors' Chapter 13 plan and obtain a Chapter 13 discharge order in bankruptcy case number 13-30606, this order does not affect the validity or enforceability of the tax liens and may not be used in any subsequent bankruptcy case of the debtor either to compel the holder of the tax liens to execute a discharge of the tax liens, or to otherwise act as a discharge of the tax liens.

IT IS FURTHER STIPULATED that the State of Michigan shall be paid pursuant to the Chapter 13 Plan and their proofs of claim with respect to any secured or unsecured priority portions in the duly filed claims, unless otherwise objected to by any party and adjudicated by the United States Bankruptcy court.

Approved as to form and content:

Plaintiff

/s/ Colin M. Linsenman
5206 Gateway Centre #200
Flint, MI 48507
(810) 235-9000
clinsenman@sfplaw.com
P68390

State of Michigan

/s/ Moe Freedman
Moe Freedman (P74224)
Assistant Attorney General
Cadillac Place, Ste. 10-200
3030 W. Grand Boulevard
Detroit, MI 48202
(313) 456-0140
Freedmam1@michigan.gov